Case 3:03-cv-01682-B   Document 81   Filed 04/04/05   Page 1 of 3   PageID 441

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES HUMPHRIES, On Behalf of Himself and All Others Similarly Situated § § § | |
| VS. § | CIVIL ACTION NO: 3:03CV1682-B |
| § § | |
| STREAM INTERNATIONAL, INC., A FOREIGN BUSINESS CORPORATION, AND SOLECTRON TEXAS, INC. a/k/a SOLECTRON CORPORATION, A FOREIGN BUSINESS CORPORATION § § § § § § | |

## NOTICE OF WITHDRAWAL OF OPT-IN CONSENT

Opt-In Plaintiff Lawrence Anderson filed an Opt-In Consent form with the Court on May 18, 2004, exercising his right to participate in this action. Mr. Anderson has elected not to pursue his claim against Defendant Stream International, Inc., a Foreign Business Corporation and Solectron Texas, Inc. a/k/a Solectron Corporation, a Foreign Business Corporation. He hereby withdraws his consent to participate in this matter.

Respectfully Submitted,

By: _____
**Jeremy K. Young**
State Bar No. 24013793
**Jeffrey H. Rasansky**
State ar No. 16551150
**Jessica M. Dean**
State Bar No. 24040777

RASANSKY LAW FIRM
2525 McKinnon, Suite 725
Dallas, Texas 75201
214/651-6100
214/651-6150 Fax

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served on counsel of record via certified mail, return receipt requested and telefax, on this __1__ day of April, 2005 on the following:

Ronald M. Gaswirth/Carrie Hoffman
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761

_____
Jeremi K. Young

bcc:
Lawrence Anderson