
**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES HUMPHRIES, § § | |
| Plaintiff, § § | |
| § | Civil Action Number: 3:03-CV-1682-B |
| vs. § § | |
| STREAM INTERNATIONAL, INC. § and § SOLECTRON TEXAS, INC. a/k/a § SOLECTRON CORPORATION, § § | |
| Defendants. § | |

## AGREED FINAL JUDGMENT

The named Plaintiff James Humphries, on Behalf of Himself and others similarly situated ("Plaintiffs"), and Defendants Stream International Inc. and Solectron Corporation ("Defendants"), the Parties to this Action, announced that they have reached a resolution of Plaintiffs' claims that were asserted and that could have been asserted in this Action. The Parties seek final judgment and dismissal of all claims brought by Plaintiffs.

Plaintiffs brought this suit as a collective/class action on July 23, 2003, alleging violations of the overtime requirements of the Fair Labor Standards Act, as to present and former Trainers employed by Stream International Inc. The Parties now stipulate and agree that notices were mailed to the last known address of all individuals who were employed with Stream International Inc. as Trainers at any time from July 18, 2001 to March 14, 2004, notifying them of the pendency of this Action and the opportunity to opt-in as plaintiffs (hereinafter referred to as "the Mailed Notice").

The Parties further stipulate and agree that, in response to the Mailed Notice, a total of twenty-four (24) individuals submitted signed Consent Forms opting-in as Plaintiffs in this Action. During the course of litigation, five (5) of those individuals filed notices withdrawing

their Consent Forms, leaving twenty (20) total members of the class (the Named Plaintiff) and nineteen (19) opt-ins. The Parties further stipulate and agree that the nineteen (19) Consent Forms were filed with the Court in this Action, and that the individuals signing them, along with the named Plaintiff, now comprise and are hereby certified as a Settlement Class for the purpose of this Agreed Final Judgment. A true and correct list of the Settlement Class Members is attached to this Agreed Final Judgment and incorporated herein for all purposes.

All claims of the Settlement Class Members are subject to this Agreed Final Judgment.

The Parties have filed an Agreed Motion for Approval of Collective Action Settlement. After reviewing the Motion, the Court is of the opinion that the Settlement reached between the parties is a fair and reasonable resolution of the disputed issues among the parties. The Court therefore APPROVES the Settlement and enters the following Judgment:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Settlement Class Members which were raised or could have been raised in the above-referenced Action are hereby DISMISSED WITH PREJUDICE to their rights, individually and/or collectively, to refile the same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all costs and attorney's fees shall be allocated only as provided in the Parties' Settlement Agreement.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Agreed Final Judgment shall have *res judicata* and collateral estoppel effect as to all claims of the Settlement Class Members, with respect to all issues of law and fact that were raised or that could have been raised in the Action.

IT IS SO ORDERED.

SIGNED this ___1st___ day of ___April___, 2005.

_____
HON. JANE J. BOYLE,
UNITED STATES DISTRICT JUDGE

**AGREED FINAL JUDGMENT - PAGE 3**

AGREED:

*/s/ Jeffrey H. Rasansky*

Jeffrey H. Rasansky
Texas Bar No. 16551150
Jeremi K. Young
State Bar No. 24013793
**The Law Offices of Jeffrey K. Rasansky**
2525 McKinnon, Suite 725
Dallas, TX 75201
(214) 651-6100 (Telephone)
(214) 651-6150 (Facsimile)

- and -

J. Derek Braziel
Texas Bar No. 00793380
**Edwards & George, L.L.P.**
208 N. Market Street, Suite 400
Dallas, TX 75202
(214) 749-1400 (Telephone)
(214) 749-1010 (Facsimile)

ATTORNEYS FOR PLAINTIFF

*/s/ Carrie Hoffman*

Ronald M. Gaswirth
Texas Bar No. 07752000
Carrie B. Hoffman
Texas Bar No. 00787701
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000 (Telephone)
(214) 999-4667 (Facsimile)

ATTORNEYS FOR DEFENDANTS

AGREED:

*/s/ Jeffrey H. Rasansky*

Jeffrey H. Rasansky
Texas Bar No. 16551150
Jeremi K. Young
State Bar No. 24013793
**The Law Offices of Jeffrey K. Rasansky**
2525 McKinnon, Suite 725
Dallas, TX 75201
(214) 651-6100 (Telephone)
(214) 651-6150 (Facsimile)

- and -

J. Derek Braziel
Texas Bar No. 00793380
**Edwards & George, L.L.P.**
208 N. Market Street, Suite 400
Dallas, TX 75202
(214) 749-1400 (Telephone)
(214) 749-1010 (Facsimile)

ATTORNEYS FOR PLAINTIFF

*/s/ Carrie Hoffman*

Ronald M. Gaswirth
Texas Bar No. 07752000
Carrie B. Hoffman
Texas Bar No. 00787701
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000 (Telephone)
(214) 999-4667 (Facsimile)

ATTORNEYS FOR DEFENDANTS